*Electronically Filed*

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**
**CASE NO. 3:25-CR-132-RGJ**

**UNITED STATES OF AMERICA**                                        **PLAINTIFF**

**v.**                **MOTION TO DISMISS INDICTMENT**

**LARYEN TORRES-CARMONA**                                    **DEFENDANT**

***** ***** *****

Comes the Defendant, by and through his counsel, Attorney Ashlea N. Hellmann and hereby files with this Honorable Court, the following Motion to Dismiss Indictment.

Defendant asserts that his Due Process protections have been violated by the conduct of the government, which has been sufficiently outrageous and shocking to the universal sense of justice. He asserts members of the government colluded to unlawfully close his immigration case and bring him into the USCIS office under false pretenses to surprise him with an arrest at a time where he would be without the benefit of counsel. As a result of these egregious violations, the proper remedy is a dismissal of his indictment. The Defendant has attached a Memorandum in support of his arguments but would also request a hearing on the matter.

Respectfully submitted,

/s/ Ashlea N. Hellmann
Ashlea N. Hellmann
FERNANDEZ & MOLONEY PLLC
401 West Main Street, Suite 1807
Louisville, Kentucky 40202
(502) 589-1001
ahellmann@fhmlegal.com
*Counsel for Defendant Torres-Carmona*

## CERTIFICATION OF SERVICE

      This is to certify that a copy of the foregoing Motion was electronically filed with the Clerk of the Court by use of the CM/ECF system, sending notice to all counsel of record, on this the 6th day of November 2025.

                                                    /s/ Ashlea N. Hellmann
                                                    Ashlea N. Hellmann