UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                              PLAINTIFF

v.                                                                 CRIMINAL NO. 3:25-CR-132-RGJ
                                                                              *Electronically Filed*

LARYEN TORRES-CARMONA                                                               DEFENDANT

| UNITED STATES OF AMERICA'S FIRST AMENDED EXHIBIT LIST | | |
|---|---|---|
| EXH NO. | DESCRIPTION | BATES NO. |
| 1 | Schematic of the USCIS Building (internal), 411 South 4th Street, Louisville | USA-000320 |
| 2A-2J | Photographs of the USCIS Building (internal), 411 South 4th Street, Louisville | USA-000300 to USA-000308 |
| 3 | I-797C Notice of Action | USA-000299 |
| 4 | LMPD Body Camera Clip (7-17-25) (Only if entrapment raised) | USA-000322 |

Respectfully submitted,

KYLE G. BUMGARNER
United States Attorney

s/Joseph Ansari
Joseph Ansari
Assistant U.S. Attorney
Gordon Stock
Special Assistant U.S. Attorney
717 West Broadway
Louisville, Kentucky 40202
PH: (502) 582-6253

CERTIFICATE OF SERVICE

      I hereby certify that on January 16, 2026, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

                                        s/ Joseph Ansari
                                        Joseph Ansari
                                        Assistant United States Attorney