

**FILED**
JAMES J. VILT, JR. - CLERK
JAN 27 2026
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

# JURY LIST

## Style of Case: USA v. Torres-Carmona

## Case Number: 3:25-CR-132-RGJ
Rebecca Grady Jennings, District Judge

Date (s): January 27, 2026

Courtroom Deputy: *Andrea Morgan*     Court Reporter: *April Dowell*

Law Clerks: _____

**Proposed Jury Panel (Counsel please make your strikes below & give back to Courtroom Deputy)**

| # |  | # |  | # |  |
|---|---|---|---|---|---|
| 1. | (88) | 16. | 158 △ | 31. | (144) |
| 2. | 330 △ | 17. | 26 △ | 32. | 134 |
| 3. | 349 △ | 18. | 28 — US | 33. | |
| 4. | 94 △ | 19. | (23) | 34. | |
| 5. | (76) | 20. | 3 — US | 35. | |
| 6. | 104 △ | 21. | 9 — US | 36. | |
| 7. | (75) | 22. | (1) | 37. | |
| 8. | (195) | 23. | 86 △ | 38. | |
| 9. | (216) | 24. | 39 — US | 39. | |
| 10. | 47 US | 25. | (45) | 40. | |
| 11. | (35) | 26. | (136) | 41. | |

| | | | | |
|---|---|---|---|---|
| 12. | ㊲ | 27. | 139 - V₃ | 42. |
| 13. | 82 - V₃ | 28. | ⑭⓪ | 43. |
| 14. | ㊹ | 29. | 157 | 44. |
| 15. | 164 | 30. | 143 | 45. |

**Excused & Stricken For Cause**

#179, 21, 132 / #2, #99 - Removed from CR.

Jury Impaneled & Sworn on: 1/27/26 at - 5:48 pm

Jury Panel:
1) 88
2) 76
3) 75
4) 195
5) 216
6) 35
7) 37
8) 84
9) 23
10) 1
11) 45
12) 136
13) 140
14) 144
15) 
16) 
17) 
18) 
19) 
20) 

Alternates: _____     Foreperson: _____